UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS TREMAINE POWELL                                            PETITIONER

V.                                   CIVIL ACTION NO. 3:24-CV-819-KHJ-MTP

SHERIFF TUCKER                                                   RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 10th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE